# United States Court of Appeals
## For the First Circuit

No. 08-2115

ROBERT ESPOSITO,

Plaintiff, Appellant,

v.

HOME DEPOT U.S.A., INC., BLACK & DECKER INC.,
DEWALT INDUSTRIAL TOOL CO.,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court issued on December 30, 2009, is amended as follows:

On. p. 27, lines 9 and 10:  Delete the words "of a range"